DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO HESTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1235

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 14-9667CF10A.

Larry R. Handfield of The Handfield Firm, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***